AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br>Filip, Mark R. | 2. Court or Organization<br>U.S. District Court<br>Northern District of Illinois | 3. Date of Report<br>6/13/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  __X__ Annual  ___ Final | 6. Reporting Period<br>1/1/2006 to 12/31/2006 |
|---|---|---|
| | 5b. ___ Amended Report | |

| 7. Chambers or Office Address<br>219 S. Dearborn, 19th floor<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Board Member and Exec. Committee Member | University of Illinois Alumni Association |
| 2 Board of Advisors Member & Senior Citizens Social Services Committee | Catholic Charities of Chicago |
| 3 Trustee | Trust No. 1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 2006 | Skadden Arps Slate Meagher & Flom Retirement Plan – No control, money inaccessible until Age 55. Do not know composition of the investment funds. |
| 2 | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2007 JUN 14 P 3: 32

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2006 | University of Chicago Law School (lecturer in law) | $ 24,000 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ☐ NONE (No reportable non-investment income.) | |
| 1 None | |
| 2 | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Mark R. Filip | Date of Report<br>June 13, 2007 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | None | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Ryan Stoll and Matthew Kipp | Downtown health club membership for birthday | $ approx. $450 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B Income during reporting period (1) Amt. Code 1 (A-H) | B (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month-Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Northern Trust Accounts | A | INT. | K | T | | | | | |
| 2 Trust No. 1 (Northern Stock Index Fund) | A | DIV. | J | T | | | | | |
| 3 Trust No. 2 (Northern Stock Index Fund) | A | DIV. | J | T | | | | | |
| 4 IRA Account | D | DIV. | L | T | Automatic | | | | |
| 5 (Northern Stock Index Fund) | | | | | reinvestment | | | | |
| 6 (Northern Money Market Fund) | | | | | of dividends | or | gains | into | index funds. |
| 7 Investment Account No. 1 | E | DIV. | N | T | | | | | |
| 8 (Northern Stock Index Fund) | | | | | | | | | |
| 9 (Northern Sm. Cap Index Fund) | | | | | Automatic | | | | |
| 10 (Northern Money Market Fund) | | | | | reinvestment | | | | |
| 11 (Northern Fixed Income Index Funds) | | | | | of dividends | or | gains | into | respective funds. |
| 12 Skadden Arps Pension Plan | None | | L | T | | | | | |
| 13 (No control: "common investment fund" | | | | | | | | | |
| 14 —no access to money until age 55, money | | | | | | | | | |
| 15 managed by others with no input or | | | | | | | | | |
| 16 knowledge of composition or acts by me.) | | | | | | | | | |
| 17 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Mark R. Filip | 6/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I. POSITIONS (cont.)

4. Trustee, Trust No. 2

5. Lecturer in Law, University of Chicago Law School

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date _____JUNE 13, 2007_____

NOTE: ANY INDIVIDUAL W████ NOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CR████ ██L SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544